UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NEIGHBORHOOD ENTERPRISES, INC., et al., ) ) ) Petitioners, ) ) vs. ) ) CITY OF ST. LOUIS, MISSOURI, et al., ) ) Respondents, ) | Case No. 4:07CV1546 HEA |

## JUDGMENT

In accordance with the Opinion, Memorandum and Order dated this same date

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Summary Judgment is entered in favor Respondents and against Petitioners.

Dated this 29th day of March, 2010.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE