UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
COURTROOM MINUTE SHEET
CIVIL PROCEEDINGS

Date 9/11/12  Judge Autrey  Case No. 4:07CV1546HEA
Neighbor Enterprises vs. City of St. Louis, et al
Court Reporter A. Daley  Deputy Clerk CP
Attorney(s) for Plaintiff(s) Michael Bindas
Attorney(s) for Defendant(s) Matthew Moak

Parties present for Status Conference. Discussions held. π to file motion w/ Court in 10 Days; Δ to Respond w/in 10 Days; π to Reply w/in 5 Days.

Pltf. Witness_____ Deft. Witness_____
Pltf. Witness_____ Deft. Witness_____

Pltf. Exhibits:_____ Deft. Exhibits:_____
Pltf. Exhibits:_____ Deft. Exhibits:_____

☐ Exhibits returned to and retained by counsel

Proceedings commenced 11:45 (a.m.)/p.m  Concluded 12:00 a.m./(p.m.)