UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NEIGHBORHOOD ENTERPRISES, INC. et al., ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | Case No. 4:07CV1546 HEA |
| CITY OF ST. LOUIS, et al., ) ) | |
| Defendants. ) | |

# **ORDER**

**IT IS HEREBY ORDERED** that a status conference is set in this matter for Tuesday, February 14, 2017, at 11:30 a.m. in the courtroom of the undersigned.

Dated this 30th day of January, 2017.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE