# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| NEIGHBORHOOD ENTERPRISES, INC. et al. ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Civil Case No. <u>4:07CV1546 HEA</u> |
| ) | |
| CITY OF ST. LOUIS, et al., ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFFS' MOTION FOR OUT-OF-TOWN COUNSEL TO APPEAR BY TELEPHONE**

1. In its Order of January 30, 2017 (ECF No. 121), this Court set a status conference to be held in the courtroom of the Hon. Judge Henry Autry on Tuesday, February 14, 2017.

2. The daughter of the undersigned counsel for Plaintiffs, William R. Maurer, will be undergoing surgery in Bellevue, Washington, on Monday, February 13, 2017. Counsel practices in Bellevue and wishes to be present for his daughter's surgery and recovery.

3. Plaintiffs therefore move for leave to have him appear by telephone at the status conference.

4. Plaintiffs have consulted with counsel for Defendants and Defendants do not oppose this Motion.

1

WHEREFORE, Plaintiffs Neighborhood Enterprises, Inc. et al., respectfully request that this Court enter an Order permitting Counsel for Plaintiffs, William R. Maurer, to appear at the February 14, 2017, status conference by telephone.

DATED this 30th day of January, 2017.

Respectfully submitted,

**INSTITUTE FOR JUSTICE**

/s/William R. Maurer
William R. Maurer*, WA No. 25451
Michael E. Bindas*, WA No. 31590
10500 NE 8th Street, Suite 1760
Bellevue, WA 98004
Telephone: (425) 646-9300
Fax: (425) 990-6500
E-mail: wmaurer@ij.org; mbindas@ij.org

*Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of January, 2017, this ***PLAINTIFFS' MOTION FOR OUT-OF-TOWN COUNSEL TO APPEAR BY TELEPHONE*** was electronically served on the below parties using the CM/ECF system of the United States District Court for the Eastern District of Missouri:

Matthew M. Moak #41509 MO
Associate City Counselor
Robert M. Hibbs #41668 MO
Assistant City Counselor
1520 Market Street, Room 4025
St. Louis, Missouri 63103
Telephone: (314) 657-1306
Fax: (314) 641-8280
Email: MoakM@stlouis-mo.gov; HibbsR@stlouis-mo.gov

*\*Attorneys for Defendant*

**INSTITUTE FOR JUSTICE**

/s/William R. Maurer
William R. Maurer*, WA No. 25451
Michael E. Bindas*, WA No. 31590
10500 NE 8th Street, Suite 1760
Bellevue, WA 98004
Telephone: (425) 646-9300
Fax: (425) 990-6500
E-mail: wmaurer@ij.org; mbindas@ij.org

*\*Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*